# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Human Rights Defense Center

**v.**

United States Park Police

**Case No:** 23-5236

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States Park Police

### Counsel Information

**Lead Counsel:** Maxwell A. Baldi
**Direct Phone:** (202) 532-0211  **Fax:** (202) 307-2551  **Email:** maxwell.baldi@usdoj.gov

**2nd Counsel:** Mark B. Stern
**Direct Phone:** (202) 514-5089  **Fax:** (202) 307-2551  **Email:** mark.stern@usdoj.gov

**3rd Counsel:**
**Direct Phone:** (   )    -    **Fax:** (   )    -    **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff
**Firm Address:** 950 Pennsylvania Ave. N.W., Rm. 7513, Washington, DC 20530
**Firm Phone:** (202) 305-1754  **Fax:** (202) 307-2551  **Email:** civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)