UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Human Rights Defense Center,<br> Appellant,<br><br>    v.<br><br>United States Park Police,<br> Appellee. | Case No. 23-5236 |

## STATEMENT OF ISSUES

Pursuant to the Court's October 19, 2023 Order, Plaintiff-Appellant states that it intends to raise the following issues:

1. Whether the District Court erred in holding that a valid reason under FOIA exemption 6 shielded the release of requested records; and

2. Whether the District Court erred in holding that the United States Park Police was entitled to "claw back" records released to the Human Rights Defense Center.

Respectfully submitted,                   /s/ Deborah M. Golden
                                         Deborah M. Golden, D.C. Bar #470578
                                         The Law Office of Deborah M. Golden
                                         700 Pennsylvania Ave. SE, 2nd Floor
                                         Washington, D.C.  20003
                                         Telephone: (202) 630-0332
                                         dgolden@debgoldenlaw.com
                                         *Counsel for Plaintiff- Appellant*

Dated: November 20, 20223.