# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **23-5236**     2. DATE DOCKETED: **10-19-2023**
3. CASE NAME (lead parties only) **Human Rights Defense Center** v. **United States Park Police**
4. TYPE OF CASE: ☐ District Ct -   ⊙ US Civil   ○ Private Civil   ○ Criminal   ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes   ⊙ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action **1:19-cv-01502-TSC**    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Hon. Tanya S. Chutkan**    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): **08-29-2023**    e. Date notice of appeal filed: **10-16-2023**
   f. Has any other notice of appeal been filed in this case?   ○ Yes   ⊙ No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?   ○ Yes   ⊙ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes   ⊙ No
      If NO, why not? **No hearings occurred**
   i. Has this case been before the Court under another appeal number? ○ Yes   Appeal # _____   ⊙ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes   ⊙ No   If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?   ⊙ Yes   ○ No
      If YES, give popular name and citation of statute **FOIA 5 U.S.C. § 552**
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ○ Yes   ⊙ No    If so, provide program name and participation dates _____

Signature **/s/ Deborah M. Golden**    Date _____
Name of Party **Human Rights Defense Center**
Name of Counsel for Appellant/Petitioner **Deborah M. Golden**
Address **700 Pennsylvania Ave. SE, 2nd Floor, Washington, DC 20003**
Phone ( **202** ) **630-0332**    Fax ( **202** ) **630-0332**

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Human Rights Defense Center,<br> Appellant,<br><br> v.<br><br>United States Park Police,<br> Appellee. | Case No. 23-5236 |

## CERTIFICATE OF SERVICE FOR CIVIL DOCKETING STATEMENT

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        s/ *Deborah M. Golden*