UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Human Rights Defense Center,<br> Appellant,<br><br> v.<br><br>United States Park Police,<br> Appellee. | Case No. 23-5236 |

# STATEMENT OF INTENT TO USE DEFERRED JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c), D.C. Circuit Rule 30(c), and the Court's October 19, 2023 Order, Plaintiff-Appellant states that it intends to use a deferred joint appendix in this case.

Respectfully submitted,

   /s/ Deborah M. Golden
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, D.C. 20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com
*Counsel for Plaintiff- Appellant*

Dated: November 20, 20223.