# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES PARK POLICE,<br><br>Defendants-Appellees. | No. 23-5236 |

### CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CAESS

Pursuant to this Court's October 19, 2023 Order, Defendant-Appellee submits this certificate as to parties, rulings, and related cases:

### A.  Parties and Amici

Plaintiff-Appellant is the Human Rights Defense Center.

Defendant-Appellee is the United States Park Police.

No amici curiae participated in the district court.

### B.  Rulings Under Review

Plaintiff-Appellant seeks review of (1) the Memorandum Opinion entered on August 29, 2023, by the United States District Court for the District of Columbia (Chutkan, J.), which is available at 2023 WL

5561602; and (2) the Order entered on August 29, 2023, by the United States District Court for the District of Columbia (Chutkan, J.).

## C. Related Cases

This case has not previously been before this Court. Undersigned counsel is unaware of any related cases within the meaning of the Circuit Rule 28(a)(1)(c).

                                        Respectfully submitted,

                                        MARK B. STERN
                                        (202) 514-5089

                                        ***/s/ Maxwell A. Baldi***
                                        MAXWELL A. BALDI
                                        (202) 532-0211
                                            Attorneys, Appellate Staff
                                            Civil Division, Room 7513
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave., N.W.
                                            Washington, D.C. 20530
                                            (202) 532-0211
                                            maxwell.baldi@usdoj.gov

November 2023