# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Human Rights Defense Center

v.

United States Park Police

**Case No:** 23-5236

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Reporters Committee for Freedom of the Press

### Counsel Information

**Lead Counsel:** Bruce D. Brown
**Direct Phone:** (202) 7959301  **Fax:** (202) 7959310  **Email:** bruce.brown@rcfp.org

**2nd Counsel:** Katie Townsend
**Direct Phone:** (202) 7959303  **Fax:** (202) 7959310  **Email:** ktownsend@rcfp.org

**3rd Counsel:** Adam A. Marshall
**Direct Phone:** (202) 7959308  **Fax:** (202) 7910  **Email:** amarshall@rcfp.org

**Firm Name:** Reporters Committee for Freedom of the Press
**Firm Address:** 1156 15th St. NW, Ste. 1020, Washington, DC 20005
**Firm Phone:** (202) 7959300  **Fax:** (202) 7959310  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)