# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-5236**                                                                     **September Term, 2023**

**1:19-cv-01502-TSC**

**Filed On: April 17, 2024** [2050044]

Human Rights Defense Center,

        Appellant

    v.

United States Park Police,

        Appellee

### O R D E R

Upon consideration of appellee's unopposed motion for a 29-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | May 28, 2024 |
| Appellant's Reply Brief | June 18, 2024 |
| Deferred Appendix | June 25, 2024 |
| Final Briefs | July 9, 2024 |

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

        BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk