# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5236** | **September Term, 2023** |
| | **1:19-cv-01502-TSC** |
| | **Filed On: June 14, 2024** [2059907] |

Human Rights Defense Center,

    Appellant

  v.

United States Park Police,

    Appellee

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | June 28, 2024 |
| Deferred Appendix | July 5, 2024 |
| Final Briefs | July 19, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk