# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5236**             **September Term, 2024**

1:19-cv-01502-TSC

**Filed On: October 9, 2024** [2079210]

Human Rights Defense Center,

       Appellant

     v.

United States Park Police,

       Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 24, 2024, at 9:30 A.M.:

        Appellant    -    15 Minutes

        Appellee    -    15 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard and Garcia, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 11, 2024.

### **Per Curiam**

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                    BY:     /s/
                                    Michael C. McGrail
                                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)